UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| **David Edward Vigil,** | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 1:22-cv-12050-RGS <br> : |
| v. | : <br> : |
| **RentGrow, Inc and TransUnion Rental Screening Solutions, Inc.** | : <br> : <br> : |
| Defendants. | : <br> : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Adam Deutsch respectfully moves for admission *pro hac vice* of Richard H. Kim as counsel for David Edward Vigil in the above captioned proceeding. In support of this motion, Adam Deutsch states as follows:

1. I, Adam Deutsch, am a member in good standing of the bar of this Court and attorney of record for Plaintiff in this case. My bar number is 569173.

2. I am moving for the admission of Richard H. Kim to appear *pro hac vice* in this case as counsel for Plaintiff.

3. Richard H. Kim is an attorney with The Kim Law Firm, LLC located at 1635 Market Street, Suite 1600, Philadelphia PA, 19103, and is duly licensed to practice in the states of New Jersey and Pennsylvania.

4. Mr. Kim's phone number is 855-996-6342.

5. Mr. Kim's Pennsylvania bar license number is 202618 and his New Jersey bar license number is 010412005.

6. Mr. Kim is a member of the bar in good standing of every jurisdiction where he has

been admitted to practice and has not been the subject of any prior or pending disciplinary proceedings.

7. Mr. Kim is familiar with, and will follow, the Department's rules, procedures, timetables, and all Massachusetts laws.

WHEREFORE, I, Adam Deutsch, respectfully requests that Richard H. Kim be admitted *pro hac vice* to appear on behalf of and act as counsel for David Edward Vigil in this case.

Respectfully submitted,

**THE KIM LAW FIRM, LLC**

*/s/ Richard H. Kim*
Richard Kim, Esquire (*Pro hac vice* to be filed)
1635 Market St., Suite 1600
Philadelphia, PA 19103
Ph. 855-996-6342/Fax 855-235-5855
rkim@thekimlawfirmllc.com

*/s/ Adam Deutsch*
Adam Deutsch, Esq. (BBO 569173)
Northeast Law Group
Phone 413-285-3646
Fax 413-200-3305
P.O. Box 60717
Longmeadow MA, 01116

*Attorneys for Plaintiff David Edward Vigil*

Dated:   December 13, 2022

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Adam Deutsch, counsel for Plaintiff in the above captioned matter, hereby certify that, pursuant to LR 7.1(a)(2), that I conferred with counsel for Defendants, and they informed me that they consented to the filing of this Motion.

/s/ Adam Deutsch
Adam Deutsch, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of this Motion for Admission *Pro Hac Vice* was served on each Defendant in this matter via CM/ECF system.

By: /s/ Richard Kim
Richard Kim, Esquire

Dated:   December 13, 2022